# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHAIM KAPLAN, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 10-483 (RCL) |
| CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On August 20, 2013, this Court issued an Order lifting the stay in this case and compelling the plaintiffs to effect service on the defendants via 28 U.S.C. § 1608(a)(4). The plaintiffs have sought clarification of the August 20 Order with respect to what they must serve on the defendants. In response, it is hereby

ORDERED that the plaintiffs shall have 60 days from this date submit the following documents in each of two packets (one for each defendant) to the Clerk of this Court for transmission to the U.S. Department of State: (1) two copies of the summonses in this case; (2) Farsi translations thereof; (3) two copies of the complaint in this case; (4) Farsi translations thereof; (5) two copies of a notice of suit; (6) Farsi translations thereof; (7) a copy of the relevant portions of the Foreign Sovereign Immunities Act; and (8) a copy of the Court's Order of August 20, 2013.

**SO ORDERED.**

Signed by Royce C. Lamberth, U.S. District Judge, on September 10, 2013.