UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHAIM KAPLAN *et al.*,
      Plaintiffs,

v.                                        Case No. 10-cv-483 (RCL)

CENTRAL BANK OF THE
ISLAMIC REPUBLIC OF IRAN *et al.*,
      Defendants.

## ORDER

In accordance with the accompanying memorandum opinion, the Court **SEVERS** and **TRANSFERS** the Anti-Terrorism Act, 18 U.S.C. § 2333(a), claims by the American plaintiffs against defendant Bank Saderat, PLC, Compl. ¶¶ 127–45 (Claims III & IV), ECF No. 3, to the United States District Court for the Eastern District of New York.

It is **FUTHER ORDERED** that this case be terminated on the active dockets in accordance with the final judgments in this matter as all remaining claims have been addressed.

It is **SO ORDERED**.

SIGNED this 14th day of May, 2019.

                                                        Royce C. Lamberth
                                                        United States District Judge