# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:10–cv–00483–RCL

KAPLAN et al v. CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN et al
Assigned to: Chief Judge Royce C. Lamberth
 Cases: 1:10–cv–01184–RCL
        1:15–cv–01136–BAH
Case in other court: 16–07142
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 03/23/2010
Date Terminated: 09/30/2016
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Special Master**

**ALAN LEE BALARAN**
Special Master
1717 Pennsylvania Ave, NW
9th Floor
Washington, DC 20006
202–466–5019

represented by **Alan Lee Balaran**
LAW OFFICE OF ALAN L. BALARAN, PLLC
1717 Pennsylvania Avenue, NW
Suite 900
Washington, DC 20006
(202) 258–9999
Email: abalaran@balaran–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHAIM KAPLAN**
*individually and as natural guardian of plaintiffs M.K.(1), A.L.K., M.K.(2), C.K. and E.K*

represented by **Robert Joseph Tolchin**
THE BERKMAN LAW OFFICE, LLC
111 Livingston Street
Suite 1928
Brooklyn, NY 11201
(718) 855–3627
Fax: (718) 504–4943
Email: rtolchin@berkmanlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RIVKA KAPLAN**
*individually and as natural guardian of plaintiffs M.K.(1), A.L.K., M.K.(2), C.K. and E.K*

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.K.(1)**
*a minor, by her father and natural guardian, Chaim Kaplan, and by her mother and natural guardian, Rivka Kaplan*

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.K.(2)**

represented by **Robert Joseph Tolchin**

*a minor, by his father and natural guardian, Chaim Kaplan, and by his mother and natural guardian, Rivka Kaplan*

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**A.L.K.**
*a minor, by his father and natural guardian, Chaim Kaplan, and by his mother and natural guardian, Rivka Kaplan*

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**C.K.**
*a minor, by her father and natural guardian, Chaim Kaplan, and by her mother and natural guardian, Rivka Kaplan*

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**E.K.**
*a minor, by his father and natural guardian, Chaim Kaplan, and by his mother and natural guardian, Rivka Kaplan*

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL FUCHS**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AVISHAI REUVANE**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELISHEVA ARON**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHAYIM KUMER**

represented by **Robert Joseph Tolchin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NECHAMA KUMER**

represented by **Robert Joseph Tolchin**
(See above for address)

|  |  |
|---|---|
|  | *LEAD ATTORNEY* |
|  | *ATTORNEY TO BE NOTICED* |

**Plaintiff**

**KEREN ARDSTEIN**  represented by  **Robert Joseph Tolchin**
*individually and as natural guardian of*  (See above for address)
*plaintiffs, M.A., A.C.A. and N.Y.A.*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**BRIAN ARDSTEIN**  represented by  **Robert Joseph Tolchin**
*individually as natural guardian of*  (See above for address)
*plaintiffs, M.A., A.C.A. and N.Y.A.*  *LEAD ATTORNEY*
  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.A.**  represented by  **Robert Joseph Tolchin**
*a minor, by her father and natural guardian,*  (See above for address)
*Brian Ardstein, and by her mother and natural*  *LEAD ATTORNEY*
*guardian, Keren Ardstein*  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**N.A.**  represented by  **Robert Joseph Tolchin**
*a minor, by her father and natural guardian,*  (See above for address)
*Brian Ardstein, and by her mother and natural*  *ATTORNEY TO BE NOTICED*
*guardian, Keren Ardstein*

**Plaintiff**

**A.C.A.**  represented by  **Robert Joseph Tolchin**
*a minor, by his father and natural guardian,*  (See above for address)
*Brian Ardstein, and by his mother and natural*  *ATTORNEY TO BE NOTICED*
*guardian, Keren Ardstein*

**Plaintiff**

**N.Y.A.**  represented by  **Robert Joseph Tolchin**
*a minor, by hisr father and natural guardian,*  (See above for address)
*Brian Ardstein, and by his mother and natural*  *ATTORNEY TO BE NOTICED*
*guardian, Keren Ardstein*

**Plaintiff**

**LAURIE RAPPEPORT**  represented by  **Robert Joseph Tolchin**
*individually and as natural guardian of plaintiff*  (See above for address)
*M.R.*  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**M.R.**  represented by  **Robert Joseph Tolchin**
*a minor, by her mother and natural guardian,*  (See above for address)
*Laurie Rappeport*  *ATTORNEY TO BE NOTICED*

**Plaintiff**

**YAIR MOR**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**THEODORE GREENBERG**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MAURINE GREENBERG**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JACOB KATZMACHER**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DEBORAH CHANA KATZMACHER**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CHAYA KATZMACHER**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MIKIMI STEINBERG**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JARED SAUTER**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DANIELLE SAUTER**     represented by   **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MYRA MANDEL**     represented by   **Robert Joseph Tolchin**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Y.L.**
*a minor, by his father and natural guardian Elihav Licci and by his mother and natural guardian Yehudit Licci*

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ELIHAV LICCI**
*individually and as natural guardian of plaintiff, Y.L.*

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YEHUDIT LICCI**
*individually and as natural guardian of plaintiff, Y.L.*

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TZVI HIRSH**

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ARKADY GRAIPEL**

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TATIANA KREMER**

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**YOSEF ZARONA**

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TAL SHANI**

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHLOMO COHEN**

represented by **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**NITZAN GOLDENBERG**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RINA DAHAN**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RAPHAEL WEISS**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**AGAT KLEIN**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TATIANA KOVLEYOV**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**VALENTINA DEMESH**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**RIVKA EPON**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOSEPH MARIA**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**IMMANUEL PENKER**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**ESTHER PINTO**     represented by    **Robert Joseph Tolchin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**SARAH YEFET**                                      represented by **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**SHOSHANA SAPPIR**                                  represented by **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**

**ALL PLAINTIFFS**                                   represented by **Robert Joseph Tolchin**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN**
*also known as*
BANK MARKAZI JOMHOURI ISLAMI IRAN

**Defendant**

**BANK SADERAT, IRAN**                               represented by **Jeremy D. Frey**
                                                                   PEPPER HAMILTON, LLP
                                                                   3000 Two Logan Square
                                                                   18th and Arch Streets
                                                                   Philadlephia, PA 19103–2799
                                                                   (215) 981–4445
                                                                   Fax: (215) 981–4750
                                                                   *LEAD ATTORNEY*
                                                                   *PRO HAC VICE*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Matthew D. Foster**
                                                                   PEPPER HAMILTON LLP
                                                                   600 14th Street, NW
                                                                   Suite 600
                                                                   Washington, DC 20005–2008
                                                                   (202) 220–1235
                                                                   Fax: (202) 220–1665
                                                                   Email: fosterm@pepperlaw.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Frank C. Razzano**
                                                                   FOX ROTHSCHILD LLP
                                                                   1030 15th Street, NW

    Suite 380 East
    Washington, DC 20005
    (202) 461–3116
    Email: frazzano@foxrothschild.com
    *TERMINATED: 04/24/2015*

    **John Charles Snodgrass**
    U.S. DEPARTMENT OF THE TREASURY
    Financial Crimes Enforcement Network
    P.O. Box 39
    Vienna, VA 22183
    (703) 905–3608
    Email: john.snodgrass@fincen.gov
    *TERMINATED: 04/23/2015*

**Defendant**

**BANK SADERAT, PLC**     represented by  **Jeremy D. Frey**
    (See above for address)
    *LEAD ATTORNEY*
    *PRO HAC VICE*
    *ATTORNEY TO BE NOTICED*

    **Matthew D. Foster**
    (See above for address)
    *LEAD ATTORNEY*
    *ATTORNEY TO BE NOTICED*

    **Frank C. Razzano**
    (See above for address)
    *TERMINATED: 04/24/2015*

    **John Charles Snodgrass**
    (See above for address)
    *TERMINATED: 04/23/2015*

**Defendant**

**ISLAMIC REPUBLIC OF IRAN**

**Defendant**

**CBI DOES 1–10**

**Defendant**

**BSI DOES 1–10**

**Defendant**

**BSPLC DOES 1–10**

**Defendant**

**IRANIAN DOES 1–10**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2010 | Ï 1 | MOTION to file their addresses under seal by A.L.K., BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., E.K., MICHAEL FUCHS, CHAIM KAPLAN, RIVKA KAPLAN, CHAYIM KUMER, NECHAMA KUMER, M.A., M.K.(1), M.K.(2), AVISHAI REUVANE (jf, ) (Entered: 03/29/2010) |
| 03/23/2010 | Ï 2 | ORDER granting 1 MOTION to file their addresses under seal. Signed by Chief Judge Royce C. Lamberth on 03/23/10. (jf, ) (Entered: 03/29/2010) |
| 03/23/2010 | Ï 3 | COMPLAINT against BANK SADERAT IRAN, BANK SADERAT, PLC, BSI DOES 1–10, BSPLC DOES 1–10, CBI DOES 1–10, CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, IRANIAN DOES 1–10, ISLAMIC REPUBLIC OF IRAN ( Filing fee $ 350, receipt number 4616028447) filed by ELISHEVA ARON, C.K., CHAIM KAPLAN, M.A., NECHAMA KUMER, A.L.K., RIVKA KAPLAN, MICHAEL FUCHS, CHAYIM KUMER, BRIAN ARDSTEIN, KEREN ARDSTEIN, E.K., M.K.(1), AVISHAI REUVANE, M.K.(2). (Attachments: # 1 Civil Cover Sheet)(zjf, ) (Entered: 03/29/2010) |
| 03/23/2010 | Ï 4 | NOTICE OF RELATED CASE by A.L.K., BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., E.K., MICHAEL FUCHS, CHAIM KAPLAN, RIVKA KAPLAN, CHAYIM KUMER, NECHAMA KUMER, M.A., M.K.(1), M.K.(2), AVISHAI REUVANE. Case related to Case No. 09–646. (jf, ) (Entered: 03/29/2010) |
| 03/23/2010 | Ï | Summons (4) Issued as to BANK SADERAT IRAN, BANK SADERAT, PLC, CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, ISLAMIC REPUBLIC OF IRAN. (jf, ) (Entered: 03/29/2010) |
| 03/23/2010 | Ï 5 | SEALED PLAINTIFFS' NAMES AND ADDRESSES filed by ALL PLAINTIFFS. re 3 Complaint, filed by ALL PLAINTIFFS. (This document is SEALED and only available to authorized persons.)(jf, ) (Entered: 03/29/2010) |
| 05/11/2010 | Ï 6 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint upon BANK SADERAT, PLC by registered mail, return receipt requested pursuant to FRCP 4(f)(2)(C)(ii). (Attachments: # 1 Request for Service, # 2 Postal Receipts) (rdj) (Entered: 05/11/2010) |
| 06/16/2010 | Ï 7 | Consent MOTION for Extension of Time to File Answer by BANK SADERAT, PLC (Razzano, Frank) (Entered: 06/16/2010) |
| 06/16/2010 | Ï 8 | NOTICE of Proposed Order *Granting Unopposed Motion for Extension of Time to Answer* by BANK SADERAT, PLC re 7 Consent MOTION for Extension of Time to File Answer (Razzano, Frank) (Entered: 06/16/2010) |
| 06/16/2010 | Ï | MINUTE ORDER: It is hereby ORDERED that defendant Bank Saderat PLC's motion 7 for an extension of time be, and hereby is, GRANTED. Defendant Bank Saderat PLC's response to plaintiffs' complaint is due by August 11, 2010. Signed by Judge Richard W. Roberts on 6/16/10. (lcrwr1) (Entered: 06/16/2010) |
| 06/17/2010 | Ï 9 | REQUEST from ALL PLAINTIFFS for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). (dr) (Entered: 06/17/2010) |
| 06/17/2010 | Ï | Set/Reset Deadlines: Response to Complaint due by 8/11/2010. (hs) (Entered: 06/17/2010) |
| 06/17/2010 | Ï 10 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 6/17/2010, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3), and 28 U.S.C. 1608(b)(3)(B). (Attachments: # 1 DHL Waybills) (dr) (Entered: 06/17/2010) |

| | | |
|---|---|---|
| 06/25/2010 | Ï 11 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to BANK SADERAT IRAN served on 6/22/2010, answer due 8/23/2010. (Attachments: # 1 Certificate of Service Exhibit A)(Tolchin, Robert) Modified on 7/8/2010 to correct party served (jf, ). (Entered: 06/25/2010) |
| 07/08/2010 | Ï | Set/Reset Deadlines: answer due date 8/23/10 for BANK SADERAT IRAN. (jf, ) (Entered: 07/08/2010) |
| 07/08/2010 | Ï 12 | Summons Returned Unexecuted as to CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN. (jf, ) (Entered: 07/09/2010) |
| 07/08/2010 | Ï 13 | Summons Returned Unexecuted as to ISLAMIC REPUBLIC OF IRAN. (jf, ) (Entered: 07/09/2010) |
| 07/28/2010 | Ï 14 | Consent MOTION for Extension of Time to *Respond and Briefing Schedule* by BANK SADERAT IRAN, BANK SADERAT, PLC (Attachments: # 1 Text of Proposed Order)(Razzano, Frank) (Entered: 07/28/2010) |
| 07/30/2010 | Ï | MINUTE ORDER: It is hereby ORDERED that defendant's consent motion 14 for an extension of time and to set a briefing schedule be, and hereby is, GRANTED. Defendants' motion to dismiss is due by August 23, 2010, plaintiffs' opposition is due by October 18, 2010, and defendants' reply is due by November 15, 2010. Signed by Judge Richard W. Roberts on 7/30/10. (lcrwr1) (Entered: 07/30/2010) |
| 07/30/2010 | Ï | Set/Reset Deadlines: Defendant's Motion due by 8/23/2010, Plaintiff's Response due by 10/18/2010 Defendant's Reply due by 11/15/2010. (hs) (Entered: 07/30/2010) |
| 07/30/2010 | Ï | Set/Reset Deadlines: Defendant's Motions due by 8/23/2010, Plaintiff's Responses due by 10/18/2010, Defendant's Reply due by 11/15/2010. (hs) (Entered: 07/30/2010) |
| 08/23/2010 | Ï 15 | MOTION to Dismiss *the Complaint* by BANK SADERAT IRAN, BANK SADERAT, PLC (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Text of Proposed Order)(Snodgrass, John) (Entered: 08/23/2010) |
| 11/05/2010 | Ï 16 | ORDER granting defendants' motion 15 to dismiss. Signed by Judge Richard W. Roberts on 11/5/10. (lcrwr1) (Entered: 11/05/2010) |
| 11/19/2010 | Ï 17 | MOTION to Vacate *and to Enter Scheduling Order* by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., SHLOMO COHEN, RINA DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Text of Proposed Order)(Tolchin, Robert) (Entered: 11/19/2010) |
| 11/22/2010 | Ï 18 | RESPONSE re 17 MOTION to Vacate *and to Enter Scheduling Order* filed by BANK SADERAT IRAN, BANK SADERAT, PLC. (Foster, Matthew) (Entered: 11/22/2010) |
| 11/22/2010 | Ï 19 | REPLY re 18 Response to Document filed by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., SHLOMO COHEN, RINA |

| | | |
|---|---|---|
| | | DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA. (Tolchin, Robert) (Entered: 11/22/2010) |
| 11/24/2010 | Ï | MINUTE ORDER: It is hereby ORDERED that the plaintiffs' motion 17 to vacate and set a briefing schedule be, and hereby is, GRANTED. The Order 16 granting the defendants' motion to dismiss as conceded is vacated. Plaintiffs' opposition to defendants' motion to dismiss is due by November 30, 2010. Defendants' reply is due by January 15, 2011. Signed by Judge Richard W. Roberts on 11/24/10. (lcrwr1) (Entered: 11/24/2010) |
| 11/30/2010 | Ï 20 | Memorandum in opposition to re 15 MOTION to Dismiss *the Complaint* filed by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., SHLOMO COHEN, RINA DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA. (Tolchin, Robert) (Entered: 11/30/2010) |
| 12/01/2010 | Ï | Set Deadlines: Plaintiffs' Responses due by 11/30/2010, Defendants' Replies due by 1/15/2011. (hs) (Entered: 12/01/2010) |
| 01/14/2011 | Ï 21 | REPLY to opposition to motion re 15 MOTION to Dismiss *the Complaint* filed by BANK SADERAT IRAN, BANK SADERAT, PLC. (Snodgrass, John) (Entered: 01/14/2011) |
| 02/14/2011 | Ï 22 | NOTICE OF SUPPLEMENTAL AUTHORITY by BANK SADERAT IRAN, BANK SADERAT, PLC (Attachments: # 1 Kiobel v. Royal Dutch Petroleum Co., 621 F.3d 111 (2d Cir. 2010), # 2 Kiobel v. Royal Dutch Petroleum Co., 2011 U.S. App. LEXIS 2200 (Feb. 4, 2011))(Snodgrass, John) (Entered: 02/14/2011) |
| 03/18/2011 | Ï 23 | RESPONSE re 22 NOTICE OF SUPPLEMENTAL AUTHORITY, filed by ALL PLAINTIFFS. (Tolchin, Robert) (Entered: 03/18/2011) |
| 07/20/2011 | Ï 24 | Consent MOTION for Leave to File *Notice of Supplemental Authority* by BANK SADERAT, IRAN, BANK SADERAT, PLC (Snodgrass, John) (Entered: 07/20/2011) |
| 07/21/2011 | Ï | MINUTE ORDER: It is hereby ORDERED that the defendants' consent motion 24 for leave to file be, and hereby is, GRANTED. Defendants Bank Saderat Iran and Bank Saderat PLC shall have until August 15, 2011 to file their notice of supplemental authority. Plaintiffs shall have until September 6, 2011 to file a response. Signed by Judge Richard W. Roberts on 7/21/11. (lcrwr1) (Entered: 07/21/2011) |
| 07/21/2011 | Ï | Set/Reset Deadlines: Defendants' Notice of Supplemental Authority due by 8/15/2011; Plaintiff's Responses due by 9/6/2011. (hs) (Entered: 07/21/2011) |
| 08/15/2011 | Ï 25 | |

| | | |
|---|---|---|
| | | MEMORANDUM by BANK SADERAT, IRAN, BANK SADERAT, PLC. (Attachments: # 1 Exhibit Case: R. v. Bow Street Met. Stipendiary Magistrate and Others, Ex Parte Pinochet Ugarte (No. 3), House of Lords, 2000 1 A.C. 147 (Eng.))(Snodgrass, John) (Entered: 08/15/2011) |
| 07/20/2012 | Ï 26 | Consent MOTION for Leave to File *Third Notice of Supplemental Authority* by BANK SADERAT, IRAN, BANK SADERAT, PLC (Razzano, Frank) (Entered: 07/20/2012) |
| 08/17/2012 | Ï | MINUTE ORDER: It is hereby ORDERED that the consent motion 26 for leave to file third notice of supplemental authority be, and hereby is, GRANTED. The plaintiffs' response, if any, to defendants' third notice is to be filed 45 days after filing and service of the third notice. Signed by Judge Richard W. Roberts on 8/14/2012. (lcrwr1) (Entered: 08/17/2012) |
| 08/29/2012 | Ï 27 | MEMORANDUM by BANK SADERAT, IRAN, BANK SADERAT, PLC. (Snodgrass, John) (Entered: 08/29/2012) |
| 02/20/2013 | Ï 28 | AFFIDAVIT FOR DEFAULT *of Islamic Republic of Iran and Central Bank of the Islamic Republic of Iran* by ALL PLAINTIFFS. (Tolchin, Robert) (Entered: 02/20/2013) |
| 03/18/2013 | Ï 29 | ORDER TO SHOW CAUSE. The plaintiffs are ordered to show cause in writing by April 1, 2013 why the claims against the defendants Iran and CBI should not be dismissed for want of prosecution. Signed by Judge Richard W. Roberts on 3/18/13. (lcrwr1) (Entered: 03/18/2013) |
| 03/18/2013 | Ï | Set/Reset Deadlines: Response to Show Cause Order due by 4/1/2013. (hs ) (Entered: 03/18/2013) |
| 03/21/2013 | Ï 30 | RESPONSE TO ORDER TO SHOW CAUSE by ALL PLAINTIFFS re 29 Order to Show Cause *explaining prior delay and indicating intent to rely on 28 USC 1608(a)(4)*. (Tolchin, Robert) (Entered: 03/21/2013) |
| 03/29/2013 | Ï 31 | ENTERED IN ERROR.....NOTICE *of request for summons to Iran* by ALL PLAINTIFFS (Attachments: # 1 Exhibit prepared summons form)(Tolchin, Robert) Modified on 4/4/2013 (jf, ). (Entered: 03/29/2013) |
| 03/29/2013 | Ï 32 | ENTERED IN ERROR.....NOTICE *of request for summons to CBI* by ALL PLAINTIFFS (Attachments: # 1 Exhibit prepared summons form)(Tolchin, Robert) Modified on 4/4/2013 (jf, ). (Entered: 03/29/2013) |
| 04/04/2013 | Ï | NOTICE OF CORRECTED DOCKET ENTRY: Document Nos. re 31 Notice (Other), 32 Notice (Other) was entered in error and counsel was instructed to refile said pleading with the corrected form. (jf, ) (Entered: 04/04/2013) |
| 04/04/2013 | Ï 33 | NOTICE *of request of summons of Iran* by ALL PLAINTIFFS (Attachments: # 1 Exhibit prepared summons form)(Tolchin, Robert) (Entered: 04/04/2013) |
| 04/04/2013 | Ï 34 | NOTICE *of request of summons of CBI* by ALL PLAINTIFFS (Attachments: # 1 Exhibit prepared summons form)(Tolchin, Robert) (Entered: 04/04/2013) |
| 04/05/2013 | Ï 35 | Electronic (2) Summons Issued as to CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, ISLAMIC REPUBLIC OF IRAN. (jf, ) (Entered: 04/05/2013) |
| 04/09/2013 | Ï 36 | RESPONSE TO ORDER TO SHOW CAUSE by ALL PLAINTIFFS re 29 Order to Show Cause *(supplemental to response on March 21)*. (Tolchin, Robert) (Entered: 04/09/2013) |
| 04/17/2013 | Ï 37 | Unopposed MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Jeremy D. Frey, :Firm– Pepper Hamilton LLP, :Address– 3000 Two Logan Square, 18th & Arch Streets, Philadelphia, PA 19103. Phone No. – (215) 981–4445. Fax No. – (215) 981–4750 by BANK SADERAT, IRAN, BANK SADERAT, PLC (Attachments: # 1 Declaration, # 2 Text of Proposed Order)(Snodgrass, John) (Entered: 04/17/2013) |

| | | |
|---|---|---|
| 04/29/2013 | Ï | MINUTE ORDER: It is hereby ORDERED that plaintiffs' unopposed motion 37 for leave to appear pro hac vice be, and hereby is, GRANTED. Signed by Judge Richard W. Roberts on 4/29/13. (lcrwr1) (Entered: 04/29/2013) |
| 06/17/2013 | Ï 38 | Case reassigned to Chief Judge Royce C. Lamberth. Judge Richard W. Roberts no longer assigned to the case. (ds) (Entered: 06/17/2013) |
| 06/20/2013 | Ï 39 | REQUEST from ALL PLAINTIFFS for the Clerk to effect service of one copy of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by DHL, to the head of the ministry of foreign affairs, pursuant to 28 U.S.C. 1608(a)(3). re (zrdj) (Entered: 06/24/2013) |
| 06/24/2013 | Ï 40 | CERTIFICATE OF CLERK of mailing one copy of the summons and complaint, together with a translation of each into the official language of the foreign state on 6/24/2013, by DHL, to the agency or instrumentality of the foreign state, pursuant to 28 U.S.C. 1608(a)(3). (Attachments: # 1 DHL Waybills, # 2 Confirmation ) (rdj) (Entered: 06/24/2013) |
| 08/20/2013 | Ï 41 | ORDER granting 15 motion to dismiss, dismissing all claims against defendants BSI and BSPLC, ordering plaintiffs to commence service of process through diplomatic channels on remaining defendants within 21 days of this Order. Signed by Judge Royce C. Lamberth on August 20, 2013. (lcrcl5) (Entered: 08/20/2013) |
| 08/20/2013 | Ï 42 | MEMORANDUM OPINION granting 15 defendant's motion to dismiss, and dismissing all claims against defendant's BSI and BSPLC. Signed by Judge Royce C. Lamberth on August 20, 2013. (lcrcl5) (Entered: 08/20/2013) |
| 09/09/2013 | Ï 43 | MOTION to Clarify*August 20, 2013 order* by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, SHLOMO COHEN, RINA DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA (Tolchin, Robert) (Entered: 09/09/2013) |
| 09/10/2013 | Ï 44 | ORDER granting 43 Motion for Clarification and Extension of Time. Signed by Judge Royce C. Lamberth on September 10, 2013. (lcrcl5) (Entered: 09/10/2013) |
| 11/01/2013 | Ï 45 | REQUEST from ALL PLAINTIFFS for the Clerk to effect service of two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state, by certified mail, return receipt requested, to the U. S. Department of State, Director of Overseas Citizens Services, pursuant to 28 U.S.C. 1608(a)(4). (rdj) (Entered: 11/04/2013) |
| 11/04/2013 | Ï 46 | CERTIFICATE OF CLERK of mailing two copies of the summons, complaint, and notice of suit, together with a translation of each into the official language of the foreign state (Four copies total, two for each named defendant) on 11/4/2013, by certified mail, return receipt requested, to the U. S. Department of State, Director, Special Services, Office of Legal Affairs, 2201 C Street, NW, SA–29, 4th Floor, Washington, DC 20520, pursuant to 28 U.S.C. 1608(a)(4). (Attachments: # 1 Exhibit) (rdj) (Entered: 11/04/2013) |
| 03/25/2014 | Ï 47 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to ISLAMIC REPUBLIC OF IRAN, Central Bank of the Islamic Republic of Iran served on 2/16/2014, answer due 4/17/2014. (Attachments: # 1 Diplomatic Notes *Originals mailed to Counsel*)(rdj) Modified |

| | | |
|---|---|---|
| | | on 4/7/2014 (rdj). (Entered: 03/27/2014) |
| 04/04/2014 | 48 | ORDER. Signed by Judge Royce C. Lamberth on April 4, 2014. (lcrcl5) (Entered: 04/04/2014) |
| 04/10/2014 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Telephone Conference Call held in Courtroom 22A on 4/10/2014. (Court Reporter Bryan A. Wayne) (jth) (Entered: 04/10/2014) |
| 05/12/2014 | 49 | AFFIDAVIT FOR DEFAULT by ALL PLAINTIFFS. (Tolchin, Robert) (Entered: 05/12/2014) |
| 05/12/2014 | 50 | Clerk's ENTRY OF DEFAULT as to CENTRAL BANK OF THE ISLAMIC REPUBLIC OF IRAN, ISLAMIC REPUBLIC OF IRAN (rdj) (Entered: 05/12/2014) |
| 05/12/2014 | 51 | MOTION for Entry of Default *as against defendants Central Bank of the Islamic Republic of Iran and the Islamic Republic of Iran* by ALL PLAINTIFFS (Tolchin, Robert) (Entered: 05/12/2014) |
| 05/27/2014 | | Minute Entry for proceedings held before Judge Royce C. Lamberth: Evidentiary Hearing held on 5/27/2014. Plaintiff's Witnesses: 1) Professor Guy Podoler, 2) Professor Bruce Bechtol, and 3) Claudia Rosett. (Court Reporter Patricia Kaneshiro–Miller.) (tg, ) (Entered: 05/27/2014) |
| 05/27/2014 | 52 | EXHIBIT LOG of Exhibits Marked for Identification by Plaintiffs during the Evidentiary Hearing held on 5/27/2014.(tg, ) (Entered: 05/27/2014) |
| 07/23/2014 | 53 | ORDER granting in part and denying in part 51 Motion for Entry of Default. Signed by Judge Royce C. Lamberth on July 23, 2014. (lcrcl5) (Entered: 07/23/2014) |
| 07/23/2014 | 54 | MEMORANDUM AND OPINION explaining 53 Order. Signed by Judge Royce C. Lamberth on July 23, 2014. (lcrcl5) (Entered: 07/23/2014) |
| 10/01/2014 | 55 | ORDER Appointing Special Master. (See Image for Details). Signed by Judge Royce C. Lamberth on 10/1/14. (Attachments: Declaration of Alan L. Balaran, Exhibit A–1, Exhibit A–2) (mpt, ) (Entered: 10/02/2014) |
| 04/23/2015 | 56 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BANK SADERAT, IRAN, BANK SADERAT, PLC. Attorney John Charles Snodgrass terminated. (Snodgrass, John) (Entered: 04/23/2015) |
| 04/24/2015 | 57 | NOTICE OF WITHDRAWAL OF APPEARANCE as to BANK SADERAT, IRAN, BANK SADERAT, PLC. Attorney Frank C. Razzano terminated. (Foster, Matthew) (Entered: 04/24/2015) |
| 05/15/2015 | 58 | WITHDRAWN PURSUANT TO NOTICE FILED 6/18/2015.....MOTION for Certificate of Appealability *Under Rule 54(b) or, Alternatively,*, MOTION for Certification for interlocatory appeal *pursuant to 28 U.S.C. § 1292(b)* by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., SHLOMO COHEN, RINA DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Tolchin, Robert) Modified on 6/19/2015 (zrdj). (Entered: 05/15/2015) |
| 05/27/2015 | 59 | Consent MOTION for Extension of Time to File Response/Reply as to 58 MOTION for Certificate of Appealability *Under Rule 54(b) or, Alternatively,* MOTION for Certification for interlocatory appeal *pursuant to 28 U.S.C. § 1292(b) (With Memorandum In Support)* by BANK SADERAT, |

| | | |
|---|---|---|
| | | IRAN, BANK SADERAT, PLC (Attachments: # 1 Text of Proposed Order)(Foster, Matthew) (Entered: 05/27/2015) |
| 06/15/2015 | Ï 60 | Memorandum in opposition to re 58 MOTION for Certificate of Appealability *Under Rule 54(b) or, Alternatively,* MOTION for Certification for interlocutory appeal *pursuant to 28 U.S.C. § 1292(b)* filed by BANK SADERAT, IRAN, BANK SADERAT, PLC. (Foster, Matthew) (Entered: 06/15/2015) |
| 06/18/2015 | Ï 61 | NOTICE OF WITHDRAWAL OF MOTION by ALL PLAINTIFFS re 58 MOTION for Certificate of Appealability *Under Rule 54(b) or, Alternatively,* MOTION for Certification for interlocutory appeal *pursuant to 28 U.S.C. § 1292(b)* (Tolchin, Robert) (Entered: 06/18/2015) |
| 07/22/2015 | Ï 62 | ORDER; granting nunc pro tunc 59 Motion for Extension of Time to File Response/Reply to Plaintiff's Motion, Signed by Judge Royce C. Lamberth on 7/21/2015. (hs) (Entered: 07/22/2015) |
| 12/15/2015 | Ï 63 | MOTION for Reconsideration re 53 Order on Motion for Entry of Default *Regarding Dismissal of Claims Against Central Bank of Iran* by ALL PLAINTIFFS (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Text of Proposed Order)(Tolchin, Robert) (Entered: 12/15/2015) |
| 09/30/2016 | Ï 64 | MEMORANDUM OPINION. Signed by Judge Royce C. Lamberth on 9/29/2016. (tg) (Entered: 09/30/2016) |
| 09/30/2016 | Ï 65 | ORDER AND JUDGMENT in favor of all plaintiffs and against defendants; it is furthermore ORDERED that plaintiffs are awarded $38,161,966.67 in compensatory damages and $131,277,165.34 in punitive damages, for a total award of $169,439,132.01 (see order for individual distribution amounts). Signed by Judge Royce C. Lamberth on 9/29/2016. (tg) (Entered: 09/30/2016) |
| 10/27/2016 | Ï 66 | MOTION to Alter Judgment as to 65 Order, Terminate Motions,, *in light of prior motion for reconsideration (DE 63)* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order proposed order)(Tolchin, Robert) (Entered: 10/27/2016) |
| 10/28/2016 | Ï 67 | ORDER denying 66 Motion to Alter Judgment and denying 63 Motion to Reconsider. Signed by Judge Royce C. Lamberth on 10/28/2016. (lcrcl1, ) (Entered: 10/28/2016) |
| 11/27/2016 | Ï 68 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 41 Order, 64 Memorandum & Opinion, 65 Order,, Terminate Motions, by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, ALAN LEE BALARAN, C.K., SHLOMO COHEN, RINA DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA. Filing fee $ 505, receipt number 0090–4756242. Fee Status: Fee Paid. Parties have been notified. (Tolchin, Robert) (Entered: 11/27/2016) |
| 11/28/2016 | Ï 69 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The Court of Appeals fee was paid this date re 68 Notice of Appeal to DC Circuit Court. (znmw) (Entered: 11/28/2016) |
| 11/29/2016 | Ï | USCA Case Number 16–7142 for 68 Notice of Appeal to DC Circuit Court,,, filed by DEBORAH CHANA KATZMACHER, ARKADY GRAIPEL, RIVKA KAPLAN, CHAYIM KUMER, RIVKA EPON, YOSEF ZARONA, LAURIE RAPPEPORT, ALL PLAINTIFFS, IMMANUEL PENKER, |

| | | |
|---|---|---|
| | | TATIANA KOVLEYOV, KEREN ARDSTEIN, NECHAMA KUMER, CHAYA KATZMACHER, M.K.(2), RINA DAHAN, SHOSHANA SAPPIR, MYRA MANDEL, THEODORE GREENBERG, MAURINE GREENBERG, A.C.A., JOSEPH MARIA, ALAN LEE BALARAN, VALENTINA DEMESH, Y.L., JACOB KATZMACHER, M.R., MICHAEL FUCHS, YAIR MOR, YEHUDIT LICCI, N.Y.A., C.K., BRIAN ARDSTEIN, NITZAN GOLDENBERG, ELISHEVA ARON, DANIELLE SAUTER, M.K.(1), E.K., ELIHAV LICCI, JARED SAUTER, SHLOMO COHEN, N.A., AGAT KLEIN, RAPHAEL WEISS, CHAIM KAPLAN, M.A., ESTHER PINTO, MIKIMI STEINBERG, A.L.K., SARAH YEFET, TZVI HIRSH, TATIANA KREMER, TAL SHANI, AVISHAI REUVANE. (td) (Entered: 11/29/2016) |
| 09/06/2018 | Ï 70 | MANDATE of USCA as to 68 Notice of Appeal to DC Circuit Court,,, filed by DEBORAH CHANA KATZMACHER, ARKADY GRAIPEL, RIVKA KAPLAN, CHAYIM KUMER, RIVKA EPON, YOSEF ZARONA, LAURIE RAPPEPORT, ALL PLAINTIFFS, IMMANUEL PENKER, TATIANA KOVLEYOV, KEREN ARDSTEIN, NECHAMA KUMER, CHAYA KATZMACHER, M.K.(2), RINA DAHAN, SHOSHANA SAPPIR, MYRA MANDEL, THEODORE GREENBERG, MAURINE GREENBERG, A.C.A., JOSEPH MARIA, ALAN LEE BALARAN, VALENTINA DEMESH, Y.L., JACOB KATZMACHER, M.R., MICHAEL FUCHS, YAIR MOR, YEHUDIT LICCI, N.Y.A., C.K., BRIAN ARDSTEIN, NITZAN GOLDENBERG, ELISHEVA ARON, DANIELLE SAUTER, M.K.(1), E.K., ELIHAV LICCI, JARED SAUTER, SHLOMO COHEN, N.A., AGAT KLEIN, RAPHAEL WEISS, CHAIM KAPLAN, M.A., ESTHER PINTO, MIKIMI STEINBERG, A.L.K., SARAH YEFET, TZVI HIRSH, TATIANA KREMER, TAL SHANI, AVISHAI REUVANE ; USCA Case Number 16–7142. (Attachments: # 1 USCA Judgment)(zrdj) (Entered: 09/11/2018) |
| 09/30/2018 | Ï 71 | STATUS REPORT by ALL PLAINTIFFS. (Tolchin, Robert) (Entered: 09/30/2018) |
| 10/18/2018 | Ï 72 | Unopposed MOTION to Transfer Case *to the United States District Court for the Eastern District of New York* by ALL PLAINTIFFS (Attachments: # 1 Text of Proposed Order)(Tolchin, Robert) (Entered: 10/18/2018) |
| 01/08/2019 | Ï 73 | SUPPLEMENTAL MEMORANDUM to re 72 Unopposed MOTION to Transfer Case *to the United States District Court for the Eastern District of New York in further support of motion* filed by A.C.A., A.L.K., ALL PLAINTIFFS, BRIAN ARDSTEIN, KEREN ARDSTEIN, ELISHEVA ARON, C.K., SHLOMO COHEN, RINA DAHAN, VALENTINA DEMESH, E.K., RIVKA EPON, MICHAEL FUCHS, NITZAN GOLDENBERG, ARKADY GRAIPEL, MAURINE GREENBERG, THEODORE GREENBERG, TZVI HIRSH, CHAIM KAPLAN, RIVKA KAPLAN, CHAYA KATZMACHER, DEBORAH CHANA KATZMACHER, JACOB KATZMACHER, AGAT KLEIN, TATIANA KOVLEYOV, TATIANA KREMER, CHAYIM KUMER, NECHAMA KUMER, ELIHAV LICCI, YEHUDIT LICCI, M.A., M.K.(1), M.K.(2), M.R., MYRA MANDEL, JOSEPH MARIA, YAIR MOR, N.A., N.Y.A., IMMANUEL PENKER, ESTHER PINTO, LAURIE RAPPEPORT, AVISHAI REUVANE, SHOSHANA SAPPIR, DANIELLE SAUTER, JARED SAUTER, TAL SHANI, MIKIMI STEINBERG, RAPHAEL WEISS, Y.L., SARAH YEFET, YOSEF ZARONA. (Attachments: # 1 Exhibit A – Complaint in Kumer v. Bank Saderat Iran, EDNY 18–cv–7456)(Tolchin, Robert) (Entered: 01/08/2019) |
| 04/15/2019 | Ï 74 | Unopposed MOTION to Amend/Correct 65 Order,, Terminate Motions, by NECHAMA KUMER (Attachments: # 1 Text of Proposed Order)(Tolchin, Robert) (Entered: 04/15/2019) |
| 04/16/2019 | Ï 75 | SUPPLEMENTAL MEMORANDUM to re 72 Unopposed MOTION to Transfer Case *to the United States District Court for the Eastern District of New York* filed by ALL PLAINTIFFS. (Attachments: # 1 Exhibit A – BSPLC refusal of delivery, # 2 Exhibit B – BSI refusal of delivery)(Tolchin, Robert) (Entered: 04/16/2019) |
| 04/18/2019 | Ï 76 | ORDER granting 74 Motion to Correct Mathematical Error in Plaintiff Nachama Kumer's Judgment Against Iran. Signed by Judge Royce C. Lamberth on 4/18/2019. (lcrcl1) (Entered: 04/18/2019) |

| 05/14/2019 | 77 | ORDER granting in part and denying in part Motion 72 to Transfer Case. SEE ORDER FOR FULL DETAILS. Signed by Judge Royce C. Lamberth on 5/14/19. (lsj) (Entered: 05/14/2019) |
|---|---|---|
| 05/14/2019 | 78 | MEMORANDUM OPINION re Order 77 . Signed by Judge Royce C. Lamberth on 5/14/19. (lsj) (Entered: 05/14/2019) |