FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 21 2018 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ESTHER LELCHOOK, et al.,

                **Plaintiffs,**

      -against-

ISLAMIC REPUBLIC OF IRAN, et al.,

                **Defendants.**
------------------------------------------------------------x

ORDER

16-CV-7078 (ILG)

I. LEO GLASSER, UNITED STATES DISTRICT JUDGE:

    By letter dated September 18, 2018, plaintiffs request that the Court direct the Clerk of Court to enter the default of defendant Bank Saderat PLC ("BSPLC"). See Letter (Sept. 18, 2018), Electronic Case Filing Docket Entry ("DE") #149. In connection with its motion to withdraw as counsel for BSPLC, its now-former counsel informed the Court that BSPLC did not intend to participate any further in the proceedings in this case. See Memorandum in Support of Motion to Withdraw (Aug. 10, 2018) at 1, DE #135-1. On August 23, 2018, Chief United States Magistrate Judge Roanne L. Mann directed that any incoming counsel for BSPLC file a notice of appearance within 21 days or default would be entered against it. See Order (Aug. 23, 2018) at 2, DE #145. Withdrawing counsel for BSPLC affirms that he transmitted copies of Judge Mann's order to a Managing Director and Assistant Managing Director of BSPLC and had previously advised BSPLC that entry of default judgment is a natural consequence of its failure to defend this action. See Affidavit of Jeremy Frey (Aug. 30, 2018) ¶ 4, DE #147. To date, no new notice of appearance has been entered on behalf of BSPLC.

    As Judge Mann advised BSPLC, a corporation may not appear in federal court except through licensed counsel. See Rowland v. California Men's Colony, Unit II Men's Advisory

Council, 506 U.S. 194, 202 (1993); Lattanzio v. Galen Institute, LLC, 481 F.3d 137, 140 (2d Cir. 2007). Accordingly, it is hereby ORDERED that default be entered against defendant Bank Saderat PLC.

**SO ORDERED.**

Dated: Brooklyn, New York
September 21, 2018

/s/  I. Leo Glasser, Sr. USDJ
**I. LEO GLASSER**
**UNITED STATES DISTRICT JUDGE**