UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
CHAIM KAPLAN, et. al.,

                         Plaintiffs,                              JUDGMENT
                                                                 19-CV-3142 (ILG) (RLM)

        v.

CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN, et al.,

                         Defendants.
----------------------------------------------------------------X

        A Memorandum and Order of United States District Judge I. Leo Glasser, having been

filed on April 14, 2022, denying Plaintiffs' motion for entry of a final default judgment; and

dismissing this action without prejudice; it is

        ORDERED and ADJUDGED that Plaintiffs' motion for entry of a final default judgment

is denied and the case is dismissed without prejudice.

Dated:  Brooklyn, New York                         Brenna B. Mahoney
        April 25, 2022                              Clerk of Court

                                           By:     /s/Jalitza Poveda
                                                   Deputy Clerk