**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X

CHAIM KAPLAN, *et al.*,

                        Plaintiffs,

             -against-

CENTRAL BANK OF THE ISLAMIC
REPUBLIC OF IRAN, *et al.*,

                        Defendants.

Case No.
19-CV-3142 (ILG) (RLM)

---------------------------------------------------------------------X

## NOTICE OF APPEAL

Notice is hereby given that all the plaintiffs in the above-captioned action appeal to the United States Court of Appeals for the Second Circuit from the Memorandum and Order of the United States District Court for the Eastern District of New York (Glasser, *J.*), filed on April 14, 2022 (DE 91), which dismissed this action, and from the Judgment entered by the aforementioned district court on April 25, 2022 (DE 92), which entered final judgment dismissing this action.

All the plaintiffs herein hereby appeal from each and every part of the aforementioned Memorandum and Order, and Judgment, and from any and all other orders entered in this action that merged into the aforementioned Memorandum and Order, and/or into the aforementioned Judgment.

Dated:   Brooklyn, New York
            May 23, 2022

-2-

        Respectfully submitted,

        THE BERKMAN LAW OFFICE, LLC
        *Attorneys for the Plaintiffs-Appellants*

by: _____
        Robert J. Tolchin

111 Livingston Street, Suite 1928
Brooklyn, New York 11201
718-855-3627