# THE BERKMAN LAW OFFICE, LLC

829 E 15TH STREET, BROOKLYN, NY 11230 | P 718.855.3627 F 718.855.4696 | BERKMANLAW.COM

July 23, 2026

**BY ECF**

Hon. Orelia E. Merchant
United States District Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Kaplan et al v. Central Bank of the Islamic Republic of Iran et al*
       1:19-cv-03142-OEM-TAM

Dear Judge Merchant,

The undersigned represents Plaintiffs in the action referenced above, and we respectfully submit this status report pursuant to the Court's order of July 16, 2026.

The sole defendant in this action, Bank Saderat PLC ("BSPLC"), appeared in the case but subsequently dismissed its counsel, and its default was therefore entered on September 5, 2019. (*See* Electronic Order, 9/4/2019 and ECF 86).

Following entry of default, Plaintiffs moved for entry of final judgment by default against BSPLC. (ECF 88). In that motion, Plaintiffs asserted that by appearing and then defaulting, BSPLC had forfeited any personal jurisdiction defense. (ECF 88-1 at 6).

In a Memorandum and Order entered on April 14, 2022, Judge Glasser rejected Plaintiffs' forfeiture argument, and dismissed the case for lack of personal jurisdiction. (ECF 91).

Plaintiffs appealed that decision, and on August 10, 2023, the Second Circuit vacated the judgment of dismissal, and remanded with instructions to this Court to consider a panoply of issues relevant to determining whether BSPLC has forfeited a personal jurisdiction defense. *Kaplan v. Bank Saderat PLC*, 77 F.4th 110 (2d Cir. 2023). The Second Circuit's mandate was docketed in this Court on September 1, 2023 (ECF 95), and the matter has been *sub judice* since that time.

We thank the Court for its consideration.

Respectfully,

Robert J. Tolchin

cc: (By first class mail and email)

Bank Saderat, PLC
5 Lothbury London,
UK, EC2R 7HD
[borhani@saderat-plc.com](mailto:borhani@saderat-plc.com)